COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-339-CV

IN RE TARGA RESOURCES INVESTMENTS INC. RELATORS

AND GILBERTO G. PENA

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered “Relators’ Voluntary Dismissal Motion.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MEIER, LIVINGSTON, and MCCOY, JJ.

DELIVERED:  March 29, 2010

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4
.